COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| GREGORIO ARRIAGA, | | No. 08-08-00097-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | Criminal District Court No. 1 |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 20070D02376) |
| | § | |

## MEMORANDUM OPINION

Gregorio Arriaga appeals his conviction for possession of more than 50 but less than 2,000 pounds of marihuana. Appellant entered a plea of guilty before a jury. The jury found Appellant guilty and assessed punishment at imprisonment for a term of eight years. We affirm.

Appellant's court-appointed counsel has filed a brief in which she has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,* 386 U.S. 738, 18 L.Ed.2d 493, 87 S.Ct. 1396, *reh. denied*, 388 U.S. 924, 18 L.Ed.2d 1377, 87 S.Ct. 2094 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State,* 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State,* 436 S.W.2d 137 (Tex.Crim.App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

The record reflects that the trial court admonished Appellant of the consequences of his guilty plea pursuant to Article 26.13 of the Texas Code of Criminal Procedure. Based upon the record

before us, the guilty plea appears to have been freely and voluntarily made by Appellant. We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment is affirmed.

July 15, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
Carr, J., not participating

(Do Not Publish)